STATE OF NEW JERSEY v. ALLEN WILSON.

September 29, 1987.

Petition for certification denied.

JOE J. MAYES AND BEVERLY MAYES, T/A JACKSON ESTATES v.
THE TOWNSHIP OF JACKSON, JACKSON TOWNSHIP RENT
LEVELING BOARD, TOWNSHIP COMMITTEE OF TOWNSHIP
OF JACKSON.

September 29, 1987.

Petition for certification denied.

JOE J. MAYES AND BEVERLY MAYES, T/A JACKSON
ESTATES v. JACKSON ESTATES MOBIL
HOMEOWNERS ASSOCIATION.

September 29, 1987.

Petition for certification denied.

WILLIAM M. BERRY v. VOCOM ENTERPRISES, INC.,
T/A JD'S LIQUORS.

September 29, 1987.

Petition for certification denied.